UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LISA MAE WHITTENBURG,

      Plaintiff,

    v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

      Defendant.

Civil Action No. 1:24-cv-02062-SEB-TAB

**ORDER ON JOINT MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF NON-EXPERT AND LIABILITY DISCOVERY PERIOD AND OTHER PRE-TRIAL DEADLINES**

Before the Court is the parties' Joint Motion for Continuance of Trial and Extension of Non-Expert and Liability Discovery Period and Other Pre-Trial Deadlines. After reviewing the motion, the Court finds that the parties have demonstrated good cause and hereby grants the motion. [Filnig No. 56.]

IT IS THEREFORE ORDERED that the March 2, 2027, final pretrial conference and March 15, 2027, jury trial are VACATED and will be set via separate order.

IT IS FURTHER ORDERED that that the following deadlines shall be in effect as of the date of this Order:

| | |
|---|---|
| **October 15, 2026** | Deadline to complete non-expert and liability discovery |
| **November 2, 2026** | Deadline to file statement of claims or defenses |
| **December 16, 2026** | Deadline to complete expert witness discovery and discovery related to damages |
| **December 17, 2026** | Deadline to file and serve final witness and exhibit lists |
| **November 16, 2026** | Deadline to file dispositive motions |

All other deadlines and provisions in the Court's March 26, 2025 Scheduling Order (ECF No.

21), as amended by the Court's August 26, 2025, December 5, 2025, March 16, 2026, and May

18, 2026 Orders (ECF Nos. 33, 40, 50, and 55), remain in effect.

Date: 7/7/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF