UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LISA MAE WHITTENBURG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02062-SEB-TAB |
| | ) | |
| FIRST ADVANTAGE BACKGROUND | ) | |
| SERVICES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for July 9, 2026**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, November 2, 2027, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for jury trial on Monday, November 15, 2027, at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

Geoffrey H. Baskerville
Francis Mailman Soumilas, P.C.
gbaskerville@consumerlawfirm.com

Joseph L. Gentilcore
FRANCIS MAILMAN SOUMILAS PC
jgentilcore@consumerlawfirm.com

David M. Marco
SmithMarco, P.C.
dmarco@smithmarco.com

Esther Slater McDonald
SEYFARTH SHAW LLP
emcdonald@seyfarth.com

Siobhan McGreal
Francis Mailman Soumilas
smcgreal@consumerlawfirm.com

Frederick Thomas Smith
Seyfarth Shaw LLP
fsmith@seyfarth.com

Larry Paul Smith
Smithmarco, P.C.
lsmith@smithmarco.com

Kevin Morris Toner
Plews Shadley Racher & Braun LLP
ktoner@psrb.com